IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JONNY JAMES** and **NICHOLAS ADDISON**　　　　　　　　　　　　　　　　**PLAINTIFFS**

v.　　　　　　Case No. 3:15-cv-00132-KGB-JJV

**JOEY MARTIN**, Jail Administrator,
Poinsett County Detention Center　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe on May 27, 2015, and June 17, 2015 (Dkt. Nos. 6, 13). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The Court dismisses without prejudice plaintiffs' claims.

2. The Court denies as moot plaintiffs' motions to proceed *in forma pauperis* (Dkt. Nos. 1, 4).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this the 30th day of November, 2015.

*[signature: Kristine G. Baker]*

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE