IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JONNY JAMES and**                                                                 **PLAINTIFFS**
**NICHOLAS ADDISON**

v.                         Case No. 3:15-cv-00132-KGB-JJV

**JOEY MARTIN, Jail Administrator,**
**Poinsett County Detention Center**
                                                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this the 30th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE